# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 3/31/2015**

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/1/2015 9:09:44 AM

CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:     Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**   2014-34289

**VOLUME _____ PAGE _____ OR IMAGE #** 64336553

**DUE** 6/6/2015        **ATTORNEY** 15083020

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 2/6/2015

**REQUEST FOR FINDINGS OF FACT FILED** 2/9/2015

**REQUEST TRANSCRIPT DATE FILED** NA

**NOTICE OF APPEAL DATE FILED** 3/6/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

NO. 2014-34289

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| JESUS GARCIA | § | 257TH JUDICIAL DISTRICT |
| AND | § | |
| DONNA A. GARCIA | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Jesus Garcia, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on February 6, 2015.

3. Jesus Garcia desires to appeal from all portions of the judgment.

4. This appeal is being taken to either the First or Fourteenth Court of Appeals.

5. This notice is being filed by Jesus Garcia.

Respectfully submitted,

ANTONIO BENAVIDES
855 Uvalde Road, Suite C
Houston, TX 77015
Tel: (713) 455-5551
Fax: (713) 455-5558

By: _____
Antonio Benavides
State Bar No. 24031733
attorneybenavides@gmail.com
Attorney for Petitioner

1

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:                                  Donna A. Garcia

Party's Address:                        4026 South St., Houston, Texas 77093

Party's Lead Attorney:                  Allison Jones

Lead Attorney's Address:                1526 Heights Blvd., Houston, Texas 77008

Method of service on party: Certified Mail, Return Receipt Requested

Date of service:                        March 6, 2015

Antonio Benavides
Attorney for Petitioner

2

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| JESUS GARCIA | § | |
| AND | § | 257TH JUDICIAL DISTRICT |
| DONNA A. GARCIA | § | |
| | § | |
| | § | HARRIS COUNTY, TEXAS |

## ORDER ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered Respondent's No-Evidence Motion for Summary Judgment. After considering the evidence and hearing the arguments of counsel, the Court finds that the Motion should be granted.

Therefore, IT IS ORDERED that Respondent's No-Evidence Motion for Summary Judgment is hereby GRANTED. Accordingly, the Court ORDERS that Jesus Garcia take nothing on his suit for Bill of Review.

This Order finally disposes of all parties and claims and is appealable.

SIGNED on __2/6__, 2015

_____
PRESIDING JUDGE

APPROVED AS TO FORM:

_____ 2-6-15

Allison Jones
State Bar No.: 10858200
Owen Lockwood
State Bar No. 24073206
1526 Heights Boulevard
Houston, Texas 77008
Tel. 713-861-7777
Fax. 713-861-1010
Email: ajservice@familylawoffices.com
Attorney for Donna Arredondo

Antonio Benavides
State Bar No: 24031733
855 Uvalde Road, Suite C
Houston, Texas 77015
Tel. 713-455-5551
Fax: 713-455-5558
Email: attorneybenavides@gmail.com
Attorney for Jesus Garcia

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

FILED
Chris Daniel
District Clerk

FEB 0 6 2014

Time: 3:30
Harris County, Texas
By_____
Deputy

NO. 2014-34289

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| JESUS GARCIA | § | 257TH JUDICIAL DISTRICT |
| AND | § | |
| DONNA GARCIA | § | HARRIS COUNTY, TEXAS |

### REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

Petitioner, Jesus Garcia, requests the Court to state in writing the findings of fact and conclusions of law as provided by rules 296 and 297 of the Texas Rules of Civil Procedure with respect to the Summary Judgment on the Bill of Review entered on the February 6, 2015.

Petitioner further requests that the clerk of the Court immediately call this request to the attention of the Court pursuant to rule 296 of the Texas Rules of Civil Procedure.

Petitioner further requests that the Court cause copies of its findings and conclusions to be transmitted to each party in the suit as required by rule 297 of the Texas Rules of Civil Procedure.

Respectfully submitted,

855 Uvalde Road, Suite C
Houston, TX 77015
Tel: (713) 455-5551
Fax: (713) 455-5558

By:_____
Antonio Benavides
State Bar No. 24031733
attorneybenavides@gmail.com
Attorney for Petitioner

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on February 9, 2015.

_____
Antonio Benavides
Attorney for Petitioner

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    MAR 31, 2015(C1)
INT6510               CIVIL CASE INTAKE              OPT: _____ - INT
                   GENERAL PARTY INQUIRY             PAGE:   1 -    1

CASE NUM: 201434289__ PJN> __  TRANS NUM: _____  CURRENT COURT: 257 PUB? _
CASE TYPE: BILL OF REVIEW               CASE STATUS: DISPOSED (FINAL)
STYLE: GARCIA, JESUS              VS GARCIA, DONNA
========================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME             PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
_    00002-0001 DEF 10858200 GARCIA, DONNA                  JONES, ALLISO
_    00001-0001 PLT 24031733 GARCIA, JESUS                  BENAVIDES, AN




==> (2) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```